FILED

2026 May-05  PM 12:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **DEMETRIUS HERRON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **1:26-cv-244-EGL-NAD** |
| | ) | |
| **WARDEN, FCI TALLADEGA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action is before the Court upon the Report and Recommendation submitted by the United States Magistrate Judge assigned to this matter. *See* Doc. 4. After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this 5th day of May, 2026.

_____
**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE